UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SIDI MAHMOUD MOHAMED SALEM,

             Petitioner,                  Case No. 1:26-cv-1620

v.                                  Honorable Paul L. Maloney

JUAN AGUDELO et al.,

             Respondents.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28

U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Dated:   June 12, 2026                 /s/ Hala Y. Jarbou
                                           HALA Y JARBOU
                                           For the Honorable Paul L. Maloney
                                           United States District Judge